**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02104-REB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

THE CHILDREN'S HOSPITAL ASSOCIATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Motion For Entry of Consent Decree and For Dismissal With Prejudice Subject To Entry of Consent Decree** [#21][1] filed May 24, 2012. After reviewing the motion and the file, I have concluded that the motion should be granted, that a consent decree should be entered and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion For Entry of Consent Decree and For Dismissal With Prejudice Subject To Entry of Consent Decree** [#21] filed May 24, 2012, is **GRANTED**;

    2. That a consent decree shall be entered separately from this order;

    3. That the Trial Preparation Conference set to commence September 28, 2012,

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

is **VACATED**;

  4. That the jury trial set to commence October 15, 2012, is **VACATED**; and

  5. That subject to the terms of the Consent Decree, this action is **DISMISSED WITH PREJUDICE**.

  Dated May 30, 2012, at Denver, Colorado.

            **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge